IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEESA JESMER RYAN,

    Plaintiff,

v.                                                                                                                                 CIV 15-0740 KBM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

# FINAL ORDER

    Pursuant to the memorandum opinion and order entered concurrently herewith, the Court enters this Final Order under Rule 58 of the Federal Rules of Civil Procedure affirming the decision of the Commissioner and dismissing this action with prejudice.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE
Presiding by Consent of the Parties